IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THIAMOND D. KING, #342775,
    Plaintiff,

vs.                              Case No.:  3:05cv226/RV/EMT

JAMES CROSBY, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and the clerk is directed to close the file.

    3.    All pending motions (_see_ Docs. 3, 7) are **DENIED** as moot.

    **DONE AND ORDERED** this 2nd day of September, 2005.

                                            /s/ _Roger Vinson_
                                            **ROGER VINSON**
                                            **UNITED STATES SENIOR JUDGE**